Lance Randall, Inc.
(Process Service & Litigation Support)
1011 South Federal Highway
Hollywood, FL 33020
Phone: (954) 944-3900
Fax: (954) 963-5186
65-1091980

# INVOICE



Jeffrey N Golant
The Law Offices of Jeffrey N. Golant, P.A.
1000 W. McNab Rd
Ste 150
Pompano Beach, FL 33069

**Case Number: SOUTHERN 14-62513-CIV**

Plaintiff:
**SANDRA PAZ,**

Defendant:
**SETERUS, INC.,**

Received: 11/5/2014    Served: 11/7/2014 1:48 pm  CORP R/A (CT CORP)
To be served on: SETERUS, INC. C/O REGISTERED AGENT CT CORPORATION SYSTEM

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| CT Corporation | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |

**BALANCE DUE:** **$35.00**

Please enclose a copy of invoice with your payment. A $5.00 late fee is added every 30 days.          Customer agrees to
pay all costs of collections including Attorney's Fees.
In Loving Memory of Lenny Randall (1940 - 2002).

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r