

**2700 Centennial Tower**
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice  INV0695972**

| | |
|---|---|
| **Date** | 2/19/2016 |
| **Terms** | Net 30 |
| **Due Date** | 3/20/2016 |

| | |
|---|---|
| **Client Number** | |
| **Esquire Office** | Ft. Lauderdale |
| **Proceeding Type** | |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client Claim/Matter #** | |
| **Date of Loss** | |

**Bill To**

Law Offices of Jeffrey N Golant - Coral Springs
1999 North University Drive
Suite 213
Coral Springs FL 33071

**Services Provided For**

Law Offices of Jeffrey N Golant - Coral Springs
Golant, Jeffrey N
1999 North University Drive
Suite 213
Coral Springs FL 33071

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 2/9/2016 | J0282851 | , | PAZ, SANDRA VS. SETERUS, INC. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - O&1-WI-VTC | Wan-I Jenny Lee | 76 | 4.05 | 307.80 |
| APP FEE: FIRST HOUR | Wan-I Jenny Lee | 1 | 80.00 | 80.00 |
| APP FEE: ADDITIONAL HOURS | Wan-I Jenny Lee | 1 | 77.00 | 77.00 |
| EXHIBITS W/TABS | Wan-I Jenny Lee | 52 | 0.50 | 26.00 |
| CONDENSED TRANSCRIPT | Wan-I Jenny Lee | 1 | 16.00 | 16.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Wan-I Jenny Lee | 1 | 30.00 | 30.00 |
| HANDLING FEE | Wan-I Jenny Lee | 1 | 31.00 | 31.00 |
| WITNESS READ & SIGN LETTER | Wan-I Jenny Lee | 1 | 0.00 | 0.00 |
| VIDEO CONFERENCING SITE | Wan-I Jenny Lee | 1 | 135.00 | 135.00 |

*Representing Client: Law Offices of Jeffrey N Golant - Coral Springs*

| | |
|---|---|
| **Subtotal** | 702.80 |
| **Shipping Cost (FedEx)** | 25.00 |
| **Total** | $727.80 |
| **Amount Paid** | 727.80 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Law Offices of Jeffrey N Golant - |
| **Client #** | |
| **Invoice #** | INV0695972 |
| **Invoice Date** | 2/19/2016 |
| **Due Date** | 3/20/2016 |
| **Amount Due** | $ 0.00 |