**Taylor, Jonovic, White & Gendron / Florida Realtime Reporting**  Invoice

Please visit us at www.taylorjonovic.com

2455 East Sunrise Blvd.
Suite 1200
Fort Lauderdale, FL 33304
Phone: (305) 358-9047    Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Thursday, February 25, 2016 | 80620EJR |

# PAST DUE

Jessica Kerr
J & M Advisory Group, LLC
4000 Hollywood Blvd.
Suite 435S
Hollywood, FL 33021

Phone:   (561) 667-3854    Fax:

| | |
|---|---|
| **Witness:** | Belinda Reyes |
| **Case:** | Paz vs. Seterus |
| **Venue:** | |
| **Case #:** | 0:14-cv-62513-RNS |
| **Date:** | 2/12/2016 |
| **Start Time:** | 4:15 PM |
| **End Time:** | 5:17 PM |
| **Reporter:** | Jane Goldberg |
| **Claim #:** | |
| **File #:** | 40491EJR |

| Description | Quan | Total |
|---|---|---|
| Original Transcript | 48 | $213.60 |
| Exhibit Copies | 78 | $39.00 |
| Condensed, Index & Ascii | 1 | $35.00 |
| Courier Service | 1 | $12.50 |
| **Sub Total** | | **$300.10** |
| **Payments** | | **$0.00** |
| **Balance Due** | | **$300.10** |

Fed. I.D. # 59-2101118

**Please provide our invoice number on your payment. Thank you.**